# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI ROTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PTGMB LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00231-SAB<br><br>ORDER REQUIRING THE PARTIES TO FILE SUPPLEMENTAL BRIEFING<br><br>THREE DAY DEADLINE |

Kelli Roth ("Plaintiff") filed this action individually and behalf of all others similarly situated pursuant to the Telephone Consumer Protection Act ("TCPA" or "the Act"), 47 U.S.C. § 227 et seq. On June 12, 2020, Defendant filed a motion to stay this action pending resolution of Barr v. American Association of Political Consultants Inc., No. 19-631 which was then pending before the Supreme Court. On July 6, 2020, the Supreme Court issued a decision in Barr.

Accordingly, within three (3) days of the date of entry of this order, the parties shall file supplemental briefing addressing whether Defendant's motion is moot due to the Supreme Court's decision in Barr.

IT IS SO ORDERED.

Dated: __**July 6, 2020**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1