# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI ROTH, | Case No. 1:20-cv-00231-SAB |
| Plaintiff, | ORDER WITHDRAWING MOTION TO STAY AND VACATING HEARING ON MOTION TO STAY |
| v. | |
| PTGMB LLC, | (ECF Nos. 23, 30, 31) |
| Defendant. | |

Kelli Roth ("Plaintiff") filed this action individually and behalf of all others similarly situated pursuant to the Telephone Consumer Protection Act ("TCPA" or "the Act"), 47 U.S.C. § 227 et seq. On June 12, 2020, Defendant filed a motion to stay this action pending resolution of Barr v. American Association of Political Consultants Inc., No. 19-631 which was then pending before the Supreme Court. (ECF No. 23.) On July 6, 2020, the Supreme Court issued a decision in Barr, and on the same date, the Court issued an order requiring the parties to file supplemental briefing addressing whether Defendant's motion to stay is moot. (ECF No. 30.) On July 7, 2020, Defendant filed a notice of withdrawal of the motion to stay. (ECF No. 31.)

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to stay (ECF No. 23) is WITHDRAWN;
2. The hearing set for July 15, 2020, is VACATED, and the parties need not appear on that date nor file any further supplemental briefing.

IT IS SO ORDERED.

Dated: **July 8, 2020**

UNITED STATES MAGISTRATE JUDGE