# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI ROTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PTGMB LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-00231-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION TO THE MOTION TO COMPEL<br><br>DEADLINE: SEPTEMBER 30, 2020, AT 4:00 P.M. |

Kelli Roth ("Plaintiff") filed this action individually and behalf of all others similarly situated pursuant to the Telephone Consumer Protection Act ("TCPA" or "the Act"), 47 U.S.C. § 227 et seq. On September 29, 2020, Defendant PTGMB LLC filed an ex parte application for an order to compel. Based on the application, after meeting and conferring on September 10, 2020, the parties had agreed to participate in an informal discovery dispute conference, and Plaintiff had agreed to produce responsive documents. But with Plaintiff's deposition scheduled for October 1, 2020, Plaintiff refused to produce responsive documents or to participate in an informal discovery dispute conference on September 25, 2020. Defendant further attempted to meet and confer but no response was received. On September 29, 2020, an ex parte motion to compel was filed seeking to compel production of documents prior to the October 1, 2020 deposition.

///

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file any opposition to the motion to compel by 4:00 p.m. on September 30, 2020.

IT IS SO ORDERED.

Dated:     **September 30, 2020**

UNITED STATES MAGISTRATE JUDGE