# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI ROTH,<br><br>        Plaintiff,<br><br>   v.<br><br>PTGMB LLC,<br><br>        Defendant. | Case No.  1:20-cv-00231-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 40) |

The pre-certification scheduling order issued on May 6, 2020, and reflects the following dates and deadlines:

   1.   Expert Disclosure Deadline: October 1, 2020;

   2.   Non-Expert Discovery Deadline: November 1, 2020;

   3.   Supplemental Expert Disclosure Deadline: November 1, 2020;

   4.   Expert Discovery Deadline: December 1, 2020; and

   5.   Motion for Class Certification Filing Deadline: January 15, 2021.

(ECF No. 22.)

On September 30, 2020, the parties filed a stipulation requesting that the expert discovery deadlines be extended by approximately thirty days to allow for completion of discovery and depositions currently scheduled in October of 2020, so that expert designations may be made with more discovery completed.  (ECF No. 40.)  The Court finds good cause to modify the scheduling order based on the parties' stipulation.

The parties also "further ask the Court to clarify that these deadlines relate only to class certification experts, and that there are currently no deadlines for merits expert discovery." (ECF No. 40 at 3.) The Court confirms that the deadlines contained in the May 6, 2020 scheduling order, and that are to be modified by this order, only pertain to the pre-certification stage of this action, and not the merits phase. Given the extension of the expert deadlines, the Court shall also extend the deadline for filing a motion for class certification accordingly.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the pre-certification scheduling order is modified as follows:

1. Expert Disclosure Deadline: November 2, 2020;
2. Supplemental Expert Disclosure Deadline: December 2, 2020;
3. Expert Discovery Deadline: January 5, 2021; and
4. Motion for Class Certification Filing Deadline: February 20, 2021.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **September 30, 2020**

UNITED STATES MAGISTRATE JUDGE