# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI ROTH,<br><br>    Plaintiff,<br><br>    v.<br><br>PTGMB LLC,<br><br>    Defendant. | Case No. 1:20-cv-00231-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 44.) |

On February 12, 2020, Kelli Roth ("Plaintiff") filed this action individually and behalf of all others similarly situated, pursuant to the Telephone Consumer Protection Act. (ECF No. 1.) On November 12, 2020, a stipulation was filed dismissing this action with prejudice as to Plaintiff Kelli Roth, and with each party to bear its own costs and fees. (ECF No. 44.) The stipulation specifies that any claims of putative class members are dismissed without prejudice. (Id.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice as to Plaintiff Kelli Roth, without prejudice as to putative class members, and without an award of costs or attorneys' fees.

///

///

///

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **November 13, 2020**

_____
UNITED STATES MAGISTRATE JUDGE